IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ISABEL DE LA PAZ, | § § § § | |
| Plaintiff, | | |
| v. | § § § § | CIVIL ACTION NO. 1:14-cv-0016 |
| JEH JOHNSON, SECRETARY OF DHS; ET AL., | § § § § | |
| Defendants. | § | |

**JOINT STIPULATION TO DISMISS CASE**

The parties have conferred and agree as follows:

1. The State Department issued Plaintiff, MARIA ISABEL DE LA PAS, a United States passport on or about July 1, 2014. She received it on or about July 14, 2014.

2. The Parties have reached an agreement regarding all claims brought by the Plaintiff in this action. The Department of State acknowledges that Plaintiff MARIA ISABEL DE LA PAS PAS has met her burden of proving by the preponderance of the evidence that she was born in Texas and that she is a United States citizen and, therefore, she has been issued a United States passport.

3. Each party will bear its own costs and expenses.

1

Dated: July 16, 2014

/s/ JAIME DIEZ
JAIME DIEZ
Jaime M Diez
Jones Crane
P.O. Box 3070
Brownsville, TX 78523
Phone: (956) 544-3565
Fax: (956) 550-0006
E-mail: jaimemdiez@aol.com

Counsel for Plaintiff

Respectfully submitted by,

/s/ Ari Nazarov
ARI NAZAROV
Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20001
Telephone: (202) 214-4120
E-mail: Ari.Nazarov@usdoj.gov

Counsel for Defendant