IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ISABEL DE LA PAZ, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 1:14-CV-16 |
| | § | |
| JEH JOHNSON, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on July 22, 2014, the Court considered the parties' Joint Stipulation to Dismiss Case, Dkt. No. 16.

The stipulation of dismissal states the parties' intention to dismiss the above-captioned case with each party to bear their own costs. The stipulation is signed by all parties to the action. The Court finds that the stipulation satisfies Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii).

In accordance with the stipulation of dismissal and Rule 41(a)(1)(A)(ii), the Court **ORDERS** the Clerk to close the above-captioned case.

SIGNED this 22nd day of July, 2014.

_____
Hilda Tagle
Senior United States District Judge